UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:14-00122 |
| | ) | Judge Sharp |
| CHRISTOPHER CARDENAS | ) | |

## ORDER

The Court will hear oral argument on the Government's Motion to Continue Trial (Docket No. 21) at 9:00 a.m. on September 1, 2015. At the hearing, The parties shall be prepared to specifically address the Interstate Agreement on Detainers argument raised by Defendant.

The parties shall also be prepared to begin the jury selection process commencing at 1:00 p.m. that afternoon should the Government's Motion not be granted.

It is SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE