**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00122 |
| | ) | Judge Sharp |
| CHRISTOPHER CARDENAS | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant's Motion to Dismiss Under the Speedy Trial Act (Docket 34) is hereby GRANTED and the Indictment in this case is DISMISSED WITHOUT PREJUDICE. Defendant's Motion to Dismiss for Lack of Jurisdiction (Docket No. 24) is DENIED AS MOOT, as is his Motion to Ascertain Status (Docket No. 40) and the Government's Motion to Continue Trial Date (Docket No. 21).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE